IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00669-ZLW-KMT

DOUGLAS E. GILMAN,

    Plaintiff,

v.

TARGET CORPORATION, a Minnesota corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion to Amend Complaint" (# 24, filed July 22, 2009) is GRANTED. The Clerk of Court shall file the Amended Complaint (# 24-2).

Dated: August 4, 2009