# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.**   09-cv-00669-ZLW-KMT                       FTR

**Date:**   January 26, 2010                                     Debra Brown, Deputy Clerk

KEVIN P. KUBIE                                                   Donna E. Dell'Olio

                Plaintiffs.

v.

TARGET CORPORATION,                                              Elizabeth Suzanne McKelvey

                Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 11:11 a.m.**

Court calls case.  Appearance by counsel.

Plaintiff's [94] MOTION for Protective Order re: Defendant's request for Deposition of Kevin Kubie, the Bankruptcy Trustee, filed January 11, 2010 at issue.
Opening statements by the Court.
Argument by Counsel.

**ORDERED:**   Plaintiff's [94] MOTION for Protective Order re: Defendant's request for Deposition of Kevin Kubie, the Bankruptcy Trustee is GRANTED and the deposition of Kevin Kubie will not be permitted.

**Court in recess: 11:57 a.m.**
Total In-Court Time 00:46; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.